pd-1354-14

FILED IN
COURT OF CRIMINAL APPEALS

April 13, 2015

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 4:05:43 PM
Accepted 4/13/2015 1:20:52 PM
ABEL ACOSTA
CLERK

In the Texas Court of Criminal Appeals

Chester A Staples, Appellant

v.

The State of Texas, Appellee

Cause PD-1354-14
From the 12th Court
of Appeals of Texas

## FIRST MOTION TO EXTEND TIME
## TO FILE MOTION FOR REHEARING

Honorable Court of Criminal Appeals:

Appellant Chester Staples requests a 15-day extension to file a motion for rehearing pursuant to Rules of Appellate Procedure 79.6 and 10.5(b). The Court denied his pro se petition for discretionary review on March 25, 2015.

Appellate Rule 79.6 permits the Court to extend the time to file a motion for rehearing if a party files a motion for an extension within the original timeframe to file for rehearing. Appellate Rule 79.1 requires the filing of a motion for rehearing within 15 days of the Court's final order. Per Appellate Rule 10.5(b), a motion to extend time to file must contain the deadline to file the item in question, the length of the proposed extension, the number of previous extensions granted for the item, and the reasons an extension is needed.

1

April 9, 2015 is the original deadline to file for rehearing: 15 calendar days from the order denying the petition. Necessity for the instant motion arises because, after appeal, Staples defended himself in this matter and his wife had to pick up the appellate record from prison to mail it to his present representative. As of today, the record has not arrived. No previous extensions to file a motion for rehearing were granted, and the record is essential to effectively invite the Court to reconsider its prior order.

For these reasons, Staples asks the Court to grant this motion for a 15-day extension to file a motion for rehearing.

Respectfully submitted,

/s/Harley Martin
Harley Martin
SBN 24068879
512-679-2110
P.O. Box 2331
Austin, Texas 78768
harley.esq@gmail.com
For Chester Alan Staples

## CERTIFICATE OF SERVICE

This motion was electronically served on the Anderson County District Attorney at 500 North Church Street, Palestine, Texas 75801, and the State Prosecuting Attorney at P.O. Box 13046 Austin, Texas 78711-3046 on April 9, 2015.

/s/Harley Martin
Harley Martin